September 6, 2012



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑�

BILLYE OLMSTEAD AKA BILLYE RYERSEN, Appellant

NO. 14-12-00149-CV                    V.

ROY MICHAEL NAPOLI, AS INDEPENDENT EXECUTOR OF THE ESTATE OF ANTHONY JOHN CARONA AKA ANTHONY CARONA, DECEASED, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Roy Michael Napoli, as Independent Executor of the Estate of Anthony John Carona aka Anthony Carona, Deceased, signed January 2, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Billye Olmstead aka Billye Ryersen, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.